IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| G&G Closed Circuit Events, LLC, | ) | C/A No.: 3:12-2933-JFA-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Camden Wing Shack LLC d/b/a The Wing Shack, Crystal Lee Bryson a/k/a Crystal L. Bryson a/k/a Crystal Lee Trimnal, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendant Crystal Lee Bryson, a/k/a Crystal L. Bryson, a/k/a Crystal Lee Trimnal ("Bryson") is proceeding *pro se* in this action. Plaintiff filed a motion for summary judgment against Bryson on July 2, 2013. [Entry #30]. As Bryson is proceeding *pro se*, the court entered an order on July 2, 2013, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of a motion for summary judgment and of the need for her to file an adequate response. [Entry #31]. Bryson was specifically advised that if she failed to respond adequately, Plaintiff's motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Bryson has failed to respond to the motion. As such, it appears to the court that she does not oppose the motion. Based on the foregoing, Bryson is directed to advise the court by August 21, 2013, whether she opposes Plaintiff's motion and to identify the legal grounds for such opposition. If Bryson fails to file an adequate response, the undersigned will make a determination on the existing record.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 8, 2013                                   Shiva V. Hodges
Columbia, South Carolina                         United States Magistrate Judge