UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| G&G Closed Circuit Events, LLC, | ) | C/A No. 3:12-2933-JFA-SVH |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| Camden Wing Shack, LLC d/b/a The Wing Shack; Crystal Lee Bryson a/k/a Crystal L. Bryson a/k/a Crystal Lee Trimnal, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation ("Report") wherein she suggests that the court grant summary judgment to the plaintiff against the defendant Crystal Lee Bryson, a/k/a Crystal L. Bryson a/k/a Crystal Lee Trimnal ("Bryson"). The plaintiff has not filed objections to the Report. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

1

After a careful review of the record, the applicable law, and the Report, the court adopts the Magistrate Judge's recommendation and incorporates it herein by reference. For the foregoing reasons, summary judgment is granted to the plaintiff against Bryson, as follows:

| | |
|---|---|
| Costs: | $        450.00 |
| Attorney's Fees | $   1,978.75.00 |
| Statutory Enhanced Damages pursuant to 47 U.S.C. § 605(e)(3)(C) | + $    6,000.00 |
| Total Judgment: | $   8,428.75 |

Consistent with the recommendation of the Magistrate Judge, the Clerk shall enter judgment on this amount jointly and severally with the other judgment against Camden Wing Shack, LLC d/b/a The Wing Shack, previously entered in this case.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
United States District Judge

December 6, 2013
Columbia, South Carolina

2